UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-30258-DOF |
| MAURICE LEVER, | Chapter 13 |
| Debtor. | Hon. Daniel S. Opperman |
| | **Related to Docket No. 41** |

______________________________/

## STIPULATION RESOLVING DEBTOR'S OBJECTION TO STATE OF MICHIGAN DEPARTMENT OF TREASURY'S CLAIM # 10

1. Debtor did not file his 2015 Michigan tax return.

2. Pursuant to *Mich Dep't of Treasury v Hight (In re Hight)*, 670 F3d 699 (CA 6, 2012), the 2015 return is considered prepetition and a taxing authority must preserve its interest in any taxes owed by filing of a claim. Accordingly, the State of Michigan Department of Treasury ("Treasury") filed Claim No. 10, which includes an estimated priority claim in the amount of $5,000.00 for Tax Year 2015, and a general unsecured claim in the amount of $1,624.22.

3. On 7/22/16, Debtor filed an objection to Treasury's priority portion of Claim No. 10, claiming that he is exempt from filing a 2015 return.

4. Treasury will not have access to pertinent federal records until after the month of October of this year, and therefore cannot verify until then Debtor's claim that he is exempt from filing a 2015 Michigan tax return.

5. Meanwhile, Debtor has an interest in having his Chapter 13 Plan confirmed.

6. Accordingly, the parties stipulate that Treasury will amend, *without any prejudice*, the tax priority amount in Claim No. 10 to reflect the amount of ZERO.

7. Treasury will review the matter after October of this year to determine the accuracy of Debtor's claim. If Treasury believes that Debtor is required to file a 2015 Michigan Return, Treasury will assess the amount of taxes owed, if any, and will amend its priority claim to reflect the amount of any taxes owed, at which time Debtor will be required to file his 2015 Michigan Return or file an objection to the amended claim.

8. Debtor hereby withdraws his objection to Claim No. 10.

/s/ George E. Jacobs
George E. Jacobs (P36888)
Attorney for Debtor
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
george@bklawoffice.com

/s/ Suann D. Cochran
Suann D. Cochran (P35956)
Assistant Attorney General
Attorney for Michigan Dept. of Treasury
3030 W. Grand Blvd., Ste 10-200
Detroit, MI 48202
(313) 456-0140
cochrans@michigan.gov

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-30258-DOF |
| MAURICE LEVER, | Chapter 13 |
| Debtor. | Hon. Daniel S. Opperman |
| | **Related to Docket No. 41** |

_______________________________/

# ORDER ON STIPULATION RESOLVING DEBTOR'S OBJECTION TO STATE OF MICHIGAN DEPARTMENT OF TREASURY'S CLAIM # 10

The parties having stipulated to resolve Debtor's objection to the priority portion of the State of Michigan Department of Treasury's Claim #10,

IT IS ORDERED THAT

1. Treasury will amend the tax priority amount in Claim No. 10 to the amount of zero ("0"), *without prejudice.*

2. Treasury will review the matter after October of this year to determine the accuracy of Debtor's claim. If Treasury believes that Debtor is required to file a 2015 Michigan Return, Treasury will assess the amount of taxes owed, if any, and will amend its priority claim to

reflect the amount of any taxes owed, at which time Debtor will be required to file his 2015 Michigan Return or file an objection to the amended claim.

3. Debtor hereby withdraws his objection to Claim No. 10.

EXHIBIT